**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE BRUCE | CASE NO: |
| Plaintiff(s), | 2:20−cv−07025−FMO−PD |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY , et al. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| Defendant(s). | |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: April 9, 2021

        */s/ Fernando M. Olguin*
Fernando M. Olguin
United States District Judge